# EXHIBIT A

| Violation # | Date | Time | Incoming Number | Entity ID | Source Reference (Verizon Bill) |
|---|---|---|---|---|---|
| 1 | 01/16/25 | 08:42 AM | 877-488-3538 | Citicards 2 | January Bill |
| 2 | 01/16/25 | 11:58 AM | 877-488-3538 | Citicards 2 | January Bill |
| 3 | 01/17/25 | 12:20 PM | 877-488-3538 | Citicards 2 | January Bill |
| 4 | 01/21/25 | 08:01 AM | 866-765-1242 | Citicards 3 | January Bill |
| 5 | 01/21/25 | 09:35 AM | 866-765-1242 | Citicards 3 | January Bill |
| 6 | 01/21/25 | 09:37 AM | 866-765-1242 | Citicards 3 | January Bill |
| 7 | 01/21/25 | 11:13 AM | 866-765-1242 | Citicards 3 | January Bill |
| 8 | 01/21/25 | 12:49 PM | 866-765-1242 | Citicards 3 | January Bill |
| 9 | 01/22/25 | 08:02 AM | 866-765-1242 | Citicards 3 | January Bill |
| 10 | 01/22/25 | 09:34 AM | 866-765-1242 | Citicards 3 | January Bill |
| 11 | 01/22/25 | 11:11 AM | 866-765-1242 | Citicards 3 | January Bill |
| 12 | 01/22/25 | 12:48 PM | 866-765-1242 | Citicards 3 | January Bill |
| 13 | 01/23/25 | 08:01 AM | 866-765-1242 | Citicards 3 | January Bill |
| 14 | 01/23/25 | 09:34 AM | 866-765-1242 | Citicards 3 | January Bill |
| 15 | 01/23/25 | 11:10 AM | 866-765-1242 | Citicards 3 | January Bill |
| 16 | 01/23/25 | 12:47 PM | 866-765-1242 | Citicards 3 | January Bill |
| 17 | 01/24/25 | 09:58 AM | 866-765-1242 | Citicards 3 | January Bill |
| 18 | 01/24/25 | 11:35 AM | 866-765-1242 | Citicards 3 | January Bill |
| 19 | 01/24/25 | 01:11 PM | 866-765-1242 | Citicards 3 | January Bill |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 01/25/25 | 08:02 AM | 866-765-1242 | Citicards 3 | February Bill |
| 21 | 01/25/25 | 09:58 AM | 866-765-1242 | Citicards 3 | February Bill |
| 22 | 01/25/25 | 11:34 AM | 866-765-1242 | Citicards 3 | February Bill |
| 23 | 01/25/25 | 01:12 PM | 866-765-1242 | Citicards 3 | February Bill |
| 24 | 01/26/25 | 09:08 AM | 866-765-1242 | Citicards 3 | February Bill |
| 25 | 01/26/25 | 10:58 AM | 866-765-1242 | Citicards 3 | February Bill |
| 26 | 01/26/25 | 12:36 PM | 866-765-1242 | Citicards 3 | February Bill |
| 27 | 01/26/25 | 02:13 PM | 866-765-1242 | Citicards 3 | February Bill |
| 28 | 01/27/25 | 09:58 AM | 866-765-1242 | Citicards 3 | February Bill |
| 29 | 01/27/25 | 11:35 AM | 866-765-1242 | Citicards 3 | February Bill |
| 30 | 01/27/25 | 01:12 PM | 866-765-1242 | Citicards 3 | February Bill |
| 31 | 01/28/25 | 08:02 AM | 866-765-1242 | Citicards 3 | February Bill |
| 32 | 01/28/25 | 09:58 AM | 866-765-1242 | Citicards 3 | February Bill |
| 33 | 01/28/25 | 11:35 AM | 866-765-1242 | Citicards 3 | February Bill |
| 34 | 01/28/25 | 01:12 PM | 866-765-1242 | Citicards 3 | February Bill |
| 35 | 01/29/25 | 09:52 AM | 866-765-1242 | Citicards 3 | February Bill |
| 36 | 01/29/25 | 11:35 AM | 866-765-1242 | Citicards 3 | February Bill |
| 37 | 01/29/25 | 01:11 PM | 866-765-1242 | Citicards 3 | February Bill |
| 38 | 01/30/25 | 09:58 AM | 866-765-1242 | Citicards 3 | February Bill |
| 39 | 01/30/25 | 11:35 AM | 866-765-1242 | Citicards 3 | February Bill |
| 40 | 01/30/25 | 01:11 PM | 866-765-1242 | Citicards 3 | February Bill |

# Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Citibank, N.A.
   Attn: Mark Mason, Chief Financial Officer
   1820 E. Sky Harbor Circle South, Suite 150
   Phoenix, AZ 85034

   9590 9402 7599 2098 0169 69

2. Article Number (Transfer from service label)

   9589 0710 5270 1242 7807 02

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Priority Mail Express®
   ■ Adult Signature
   ☐ Registered Mail™
   ☐ Adult Signature Restricted Delivery
   ☐ Registered Mail Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ■ Signature Confirmation
   ☐ Collect on Delivery
   ☐ Signature Confirmation Restricted Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery ($500)

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7599 2098 0169 69

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ryan J King
c/o 3060 Montgomery Blvd
Lapel, Indiana [46051]

Remove ✕

**Tracking Number:**

# 9589071052701242780702

Copy   Add to Informed Delivery

### Latest Update

Your item has been delivered and is available at a PO Box at 8:05 am on January 13, 2025 in PHOENIX, AZ 85034.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

● **Delivered**
**Delivered, PO Box**
PHOENIX, AZ 85034
January 13, 2025, 8:05 am

● **Out for Delivery**
PHOENIX, AZ 85034
January 13, 2025, 6:10 am

● **Arrived at Hub**
PHOENIX, AZ 85034
January 12, 2025, 10:04 am

● **In Transit to Next Facility**
January 11, 2025

● **Arrived at USPS Origin Facility**
INDIANAPOLIS, IN 46219
January 10, 2025, 10:47 pm

● **Arrived at USPS Regional Origin Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
January 10, 2025, 10:42 pm

● **Departed Post Office**
LAPEL, IN 46051
January 10, 2025, 4:32 pm

● **USPS in possession of item**
LAPEL, IN 46051
January 10, 2025, 1:57 pm

● Hide Tracking History

## NOTICE OF FAULT AND OPPORTUNITY TO CURE

**FROM:** ryan j king
3060 Montgomery Blvd
Lapel, Indiana [46051]

**TO:** Citibank, N.A.
**Attn: Mark Mason, Chief Financial Officer**
1820 E. Sky Harbor Circle South, Suite 150
Phoenix, AZ 85034

Sent Certified Mail with Return Receipt # 9589 0710 5270 1242 7807 02

**THIS NOTICE AND ENCLOSURES ARE A PRIVATE COMMUNICATION BETWEEN THE PARTIES AND CONSTITUTES DUE PROCESS IN ADMINISTRATIVE PROCEDURE. NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT. APPLICABLE TO ALL SUCCESSORS AND ASSIGNS.**

Re: Account for: ▮▮▮▮▮▮▮▮4140

### I. NOTICE OF FAULT

Please be advised that a notice of fault is being provided as a courtesy in relation to the enclosed commercial presentment received by either one of your agents or the principal on 12/27/2024, and 1/3/2025 Kindly refer to the enclosed Debt Validation Request. Your response by sworn affidavit is necessary within fifteen days to prevent your default.

If there has been any communication in reply, it has not been received or was incomplete. Please send me a certificate for proof of delivery to me. In addition, any response by a lawyer is considered inadmissible because "...*lawyers are either lawyers or witnesses. They cannot be both.*" Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647 (1964). Therefore, I require a fact-witness only to respond, so that a sufficiency of pleadings by sworn testimony can be met in regards to this alleged debt.

### II. OPPORTUNITY TO CURE

1) **Provide a point-by-point response** to the enclosed affidavit via a **sworn responsive affidavit**, assuming full commercial liability. This response should be signed under penalty of perjury, affirming the accuracy, completeness, and truthfulness of the contained facts. Mere declarations will not suffice. If additional time is required for a thorough response, please submit a written request for an extension. OR

2) **Submit an original letter within thirty days** confirming the **full satisfaction** of the alleged debt, including details regarding the removal of the item from credit reports, bank records, internal records, and any public records where recorded. In such a case, no further action will be necessary, and you will be released from all liability pertaining to this matter.

Failure to remedy the situation will be deemed a dishonor in commerce, and your consent to the facts outlined in the affidavit will be interpreted as an admission of their accuracy.

### III. FAILURE TO ACT AS REQUIRED

Failure to respond to this NOTICE OF FAULT AND OPPORTUNITY TO CURE will result in its recognition as an administrative judgment, serving as the conclusive and ultimate representation in a formal record of the terms of our agreement. As the adage goes, "He who does not deny, admits," and "An unrebutted affidavit stands as truth." In accordance with Restatement 2nd § 69, the lack of reply within fifteen days will be construed as an admission of the invalidity of the debt, the relinquishment of any legal claim(s), and the acknowledgment that the entity named on the account is a victim of identity fraud.

## IV. ENCLOSURES

The following enclosures are incorporated herein as reference, please review carefully:

1- Debt Validation Request, delivered __between 12/27/2024 and 1/3/2025__ via Certified Mail# __70222410000060493062__

Thank you for your public service and your time and attention to this matter. Please confirm by signed letter when the required steps of cancellation have been completed.

by: __Ryn J King__ , Without Recourse

DATED: __1__ / __10__ /202__5__

### NOTARY ACKNOWLEDGEMENT

State of __Indiana__ in __Madison__ County

The foregoing instrument was acknowledged before me via ☑ physical presence OR ☐ online notarization this __10th__ day of __January__, 202__5__ and the above-named individual produced identification identifying each as the same.

_____
Notary Public

__02/06/2026__
My Commission Expires

Amy Gaither
Notary Public - State of Indiana
Commission Number 710180
My Commission Expires 02/06/26
County of Residence: Madison

**FROM:** ryan j king
3060 Montgomery Blvd
Lapel, Indiana [46051]

**TO:** Citibank, N.A.
**Attn: Mark Mason, Chief Financial Officer**
Payment Processing Center 78025
1820 E. Sky Harbor Circle South, Suite 150
Phoenix, AZ 85034

Sent Certified Mail with Return Receipt # 7022 2410 0000 6049 3062

**THIS NOTICE AND ENCLOSURES ARE A PRIVATE COMMUNICATION BETWEEN THE PARTIES AND CONSTITUTES DUE PROCESS IN ADMINISTRATIVE PROCEDURE. NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT. APPLICABLE TO ALL SUCCESSORS AND ASSIGNS.**

Re: Account for: ███████████4140

## I. NOTICE OF VALIDATION REQUEST

This letter serves as formal notification, in accordance with 15 U.S. Code § 1692, that the debt referenced by the aforementioned file number is contested and disputed, either partially or entirely. Under the Fair Debt Collection Practices Act (FDCPA), all collection efforts regarding this account are to be suspended until the matter is settled. I declare that the account(s) in question hold inaccurate or fraudulent information. I did not authorize, nor did anyone under my authority, the disputed transactions.

Any further attempts at solicitation of this kind will be reported to the U.S. Postmaster for potential mail fraud, as it involves the use of U.S. Mail to promote a contract that may be fraudulent or misleading.

Under 15 U.S. Code § 1681i and § 1692e(8), you are required to promptly notify all credit reporting agencies (CRA) or Credit Bureaus (CB) about the dispute. It is your responsibility to direct them to delete any negative information pertaining to the accounts in question. Additionally, failure to verify with the credit bureaus as of the current date, or inaction regarding these demands, constitutes a breach of the FCRA and FDCPA, which may incur the associated fines and penalties.

**Verification and validation are demanded and required.** Verification and validation are distinct terms and concepts, as highlighted by their definitions: Verification involves confirming the accuracy of a claim, such as the existence of a debt, while validation is the process of ensuring that a product or service meets the requirements and expectations for which it was intended. Both play crucial roles in different contexts, ensuring reliability and compliance with standards. See Chaudhry v. Gallerizzo, 174 F.3d 394 (4th Cir. 1999). The definition of **verification** according to Black's Law Dictionary is "...averment that the party pleading is ready to establish the truth of what he has set forth. ... The examination of a writing for the purpose of ascertaining its truth; or a certificate or affidavit that it is true.." The court said "Confirmation of the correctness, truth, or authenticity of a pleading, account, or other paper, by an affidavit, oath, or deposition." McDonald v. Rosengarten, 134 Ill. 126, 25 N.E. (1890) ; and Summerfield v. Phoenix Assur. Co. (C. C.) 65 Fed. 296 (1922); and Patterson v. Brooklyn, 6 App. Div. 127, 40 N.Y. Supp. 581 (1898).

**Validation** is for disputing a debt, stopping account and credit reporting activities until the debt has been

confirmed, see Spears v. Brennan, 745 N.E. 2d 862 Ind. App. (2001). As defined in Black's Law Dictionary, "assessing an action to determine it is complete, correct, implemented and delivering the correct outcome."; Oxford states it as "to check or prove the validity or accuracy of something"; Merriam-Webster says, "to show the existence or truth of, by evidence."

## II. VERIFICATION AND VALIDATION REQUIREMENTS
The demands are, but not be limited to:

**1)** I am exercising my rights under the Truth in Lending Act, specifically 15 U.S. Code § 1601-1667f, to request a clear disclosure of the identity of the original creditor involved in this transaction. It is my legal right to have transparent information about the principal party of interest.

**2)** I need an original contract to be produced, bearing the wet-ink signatures of all involved parties. Prior to the trial, a notarized copy may be submitted, but the original document is required during the trial. No substitutes, such as an affidavit of loss, will be considered valid. Should the original contract be stored at a different location, please provide the address and the available times for in-person viewing. As a maxim of contract law:

*"The basic elements required for the agreement to be a legally enforceable contract are: mutual assent (agreement by both parties to a contract), expressed by a valid offer and acceptance; adequate consideration; capacity; and legality."*

**3)** Please provide a detailed explanation of the nature of the claimed debt, including the specific services or money transactions that resulted in the alleged amount owed. Additionally, furnish a comprehensive breakdown of how the total sum was determined, accompanied by any pertinent documentation that substantiates the claimed obligation under 15 U.S. Code § 1692g(a) and § 1692g(b). It is also asserted that there is a considerable unresolved BILLING DISCREPANCY or ERROR concerning the original debt.

**4)** Production of account and general ledger statement(s) showing the full accounting of alleged obligation. **This includes** evidence of contracts, billing statements, PLUS any securities generated behind the scenes, tax benefits taken, charge offs (which are income), and discounts in selling the alleged debt. This is required by all parties; debt collectors and principals. This evidence is due is required to be admissible as evidence (sufficiency of pleadings by a fact-witness), along with a signed affidavit by the person responsible for maintaining these public and private accounting records, by the person having first-hand knowledge as to its accuracy and authenticity, who are able to testify under oath as required. Mere account statements of account are insufficient evidence.

**5)** Deliver proof your organization is a contract party to the original transaction. You seem to think there is a right to collect when your organization never loaned money to me. I have never signed any contract with you. You may have bought a note, but it was not signed by all parties. American Jurisprudence 2d 73 states that *"The right of subrogation does not exist for a stranger to the transaction."* Subrogation means *"to substitute"* and *"stranger to the transaction"* means a party that is not on the original contract. So, the right to substitute a third-party collector [you] into a contract, does not exist. The third-party has no rights if they did not give consideration in the original contract and were not mentioned on the contract or were any part of the contract; including loans transferred, assigned, sold, or changed hands in one manner or another. To bring such a claim will immediately be identified as fraud upon the court. You have been noticed.

**6)** Proof that the alleged account is not out of the state's statute of limitations, if proven valid at all.

**7)** A copy of your license number and registered agent information allowing you to operate as an agency in this state - [except if in AL, CA, DC, DE, GA, KS, KY, MO, MS, MT, NH, NY, OH, OK, PA, SC, SD,

TX, VA or VT].

8) Stipulate for the record whether or not the alleged loan has been securitized, and if so, the name and all other information of the financial instrument the alleged loan is bundled with, including profits generated or tax benefits taken.

9) Where did the money or credit supposedly loaned or issued to me come from? Or if form a service, a loan or properly executed service contract is still missing.

### III. OPPORTUNITY TO CURE

**A response to each point outlined in the affidavit is mandated by law.** The legal principles, "Silence is admission," and "An affidavit without rebuttal stands as truth," apply here. According to Restatement 2nd § 69, not responding within thirty days is deemed an acknowledgment of the debt's invalidity, a relinquishment of all associated legal claims, and an indication that the account holder may have been subjected to identity theft. Consequently, there is a call to close the claim and amend any adverse credit reports related to the purported debt with all credit reporting agencies and bureaus, pending verification.

**Upon receiving this letter, you are allotted a thirty-day period to either:** 1) submit a detailed response to the provided affidavit, through a sworn affidavit of your own, accepting full commercial responsibility and attesting under oath to the veracity and completeness of your statements. Simple declarations will not be deemed adequate. Should you require additional time to furnish a comprehensive reply, please formally request an extension in writing. Alternatively, 2) provide a written confirmation within the same thirty-day timeframe, acknowledging the full settlement of the purported debt, and specifying the timeline for the removal of the item from all credit, banking, internal, and public records where it appears. Upon receipt of such confirmation, no further measures will be necessary, and your obligations concerning this issue will be considered fulfilled. A failure to address this matter will be regarded as a default in commercial terms and will imply your agreement with the affidavit's assertions.

### IV. FUTURE COMMUNICATION(S)

According to the Fair Debt Collection Practices Act, Section 805(c), the Telephone Consumer Protection Act, and the Federal Debt Collection Practices Act, Section 1692c, excluding the waiver of Section 1692c(c), any further communication about this purported debt following the receipt of this notice, without delivering appropriate procedural validation, constitutes a violation. A "refusal for cause" will apply to any unsigned correspondence or any communication that fails to identify the individual sender from your organization. Written communications are permitted solely for conveying settlement proposals or providing debt validation.

### V. NOTICE AND DEMAND FOR PAYMENT

Should there be no comprehensive validation of the purported debt, it is hereby recorded that the aforementioned entity has sustained "harm and injury" equivalent to the value of the unverified debt, accruing at an interest rate of 20%. This constitutes a formal notification and a demand for the settlement of any unvalidated debt, which includes a minimum fine of $1,000 for each violation of the FDCPA, per incident of harm. This is enforceable through small claims court or other legal avenues. Additionally, a notice of lien will be filed against all personal and principal assets to recover the owed amount.

### VI(a). CASE LAW AND JUDGEMENTS AGAINST ORIGINAL CREDITORS

Creditors may not lend money from their assets or their depositors' assets: *"A national bank has no power to lend its credit to any person or corporation..."* Bowen v. Needles Nat. Bank, 76 F. 176 (1896). Since a bank cannot lend credit, any signed contract by a customer must be converted into a negotiable instrument under 12 USC § 1832, the instrument becomes cash for deposit on the account. Thus a request for validation is given, as it seems no loss has occurred on behalf of the creditor.

*"... a bank is expressly prohibited (sect. 5201; 13 Stat. 110, sect. 35) from loaning money upon or purchasing its own stock ... [except] in payment of debts previously contracted in good faith."* First National Bank of Charlotte v. National Exchange Bank of Baltimore (1875).

*"The statutes of the United States relating to the organization and powers of national banks prohibit such banks from purchasing or subscribing to the stock of another corporation..."* California Bank v. Kennedy (1897), as does the case of Concord First National Bank v. Hawkins (1899) agree with this.

The National Bank Act of 1864 and National Banking Act of 1933 furthered these regulations by separating commercial banking from investment banking, accordingly the license to practice fractional reserve lending is only allowed for investment banking funds.

## VII. FINAL PLEA AND RECOMMENDATION

Litigation can be prohibitively expensive and is best avoided. If necessary, I am prepared to represent myself [pro per] and pursue legal action in forma pauperis at no cost. However, it is likely that your organization will need to engage a lawyer's services. Opting to sue in small claims court may restrict your defense options, should I choose this path due to numerous legal infractions. Given the low cost-effectiveness of a lawsuit with limited means, this communication serves as a sincere effort to settle this issue without resorting to court. I am open to a private and amicable resolution, including private arbitration. I appreciate your consideration of this matter.

## NOTICE OF VALIDATION REQUEST - Execution Page

by: _Ryan J King_ , Without Recourse, All Rights Reserved

DATED: 12 / 14 / 2024

### NOTARY ACKNOWLEDGEMENT

State of _Indiana_ in _Madison_ County

The foregoing instrument was acknowledged before me via ☐ physical presence OR ☐ online notarization this 14th day of _December_, 2024 and the above-named individual produced identification identifying each as the same.

_[signature]_
Notary Public

02/06/2026
My Commission Expires

Amy Gaither
Notary Public - State of Indiana
Commission Number 710180
My Commission Expires 02/06/26
County of Residence: Madison

# Exhibit C

**verizon** business

| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | | 0001 | Past Due | 27 of 31 |

## Detail for Ryan King: 765-730-4771

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/16 | 8:42A | 877-488-3538 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/16 | 11:58A | 877-488-3538 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |

## Detail for Ryan King: 765-730-4771

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/17 | 12:20P | 877-488-3538 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/21 | 8:01A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/21 | 9:35A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/21 | 9:37A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Toll-Free CL | 1 | --- | --- | --- |
| 1/21 | 11:13A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/21 | 12:49P | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/22 | 8:02A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/22 | 9:34A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/22 | 11:11A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/22 | 12:48P | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/23 | 8:01A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/23 | 9:34A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |



| | | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|---|
| | | | | | 0001 Past Due | 29 of 31 |

## Detail for Ryan King: 765-730-4771

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/23 | 11:10A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/23 | 12:47P | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/24 | 9:58A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/24 | 11:35A | 866-765-1242 | Peak | PlanAllow | Pendleton IN | Incoming CL | 1 | --- | --- | --- |
| 1/24 | 1:11P | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |





| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| | 0001 | Past Due | 23 of 29 |

## Monthly Charges, continued



### Detail for Ryan King: 765-730-4771

## Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/25 | 8:02A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/25 | 9:58A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/25 | 11:34A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/25 | 1:12P | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/26 | 9:08A | 866-765-1242 | Off-Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/26 | 10:58A | 866-765-1242 | Off-Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/26 | 12:36P | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/26 | 2:13P | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/27 | 9:58A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/27 | 11:35A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/27 | 1:12P | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/28 | 8:02A | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/28 | 9:58A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |

**verizon** business

| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | | 0001 | Past Due | 24 of 29 |

## Detail for Ryan King: 765-730-4771

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28 | 11:35A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/28 | 1:12P | 866-765-1242 | Peak | PlanAllow | Lapel IN | Incoming CL | 1 | --- | --- | --- |
| 1/29 | 9:52A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/29 | 11:35A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/29 | 1:11P | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/30 | 9:58A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/30 | 11:35A | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |
| 1/30 | 1:11P | 866-765-1242 | Other | Wi-Fi | Muncie IN | Incoming CL | 1 | --- | --- | --- |