UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN J. KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00258-TWP-MKK |
| | ) | |
| CITIBANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

Upon review of the above-captioned case, the Court finds it necessary to recuse itself from this proceeding pursuant to 28 U.S.C. §455. Accordingly, the Court hereby disqualifies itself and directs that this action shall be returned to the Office of the Clerk for reassignment to another judge.

**IT IS SO ORDERED.**

Date:  3/2/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

RYAN J. KING
3060 Montgomery Blvd.
Lapel, IN 46051

All Electronically Registered Counsel