IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

RYAN J. KING,

   Plaintiff,

v.

CITIBANK, N.A.

   Defendant.

Case No. 1:26-CV-00258-TWP-MKK

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Defendant Citibank N.A. in the above-captioned matter.

Dated: March 4, 2026

Respectfully submitted,

/s/ *Dana E. Becker*
Dana E. Becker
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: +1.215.963.4628
Facsimile: +1.215.963.5000
dana.becker@morganlewis.com

*Attorneys for Defendant Citibank, N.A.*

<u>**CERTIFICATE OF SERVICE**</u>

I, Dana E. Becker, declare:

I am a citizen of the United States and employed in Philadelphia County, Pennsylvania. I am over the age of eighteen years and not a party to the within entitled action. My business address is 2222 Market Street, Philadelphia, PA 19103-3007. On March 4, 2026, I served a copy of the within document(s):

**NOTICE OF APPEARANCE**

X          by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Philadelphia, Pennsylvania addressed as set forth below.

| | |
|---|---|
| Ryan J. King | Pro Se |
| 3060 Montgomery Blvd. | |
| Lapel, Indiana 46051 | |
| Tel.: 317.827.7109 | |
| Email: ryan.king.j@gmail.com | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 4, 2026, at Philadelphia, Pennsylvania.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the above is true and correct.

*/s/ Dana E. Becker*
Dana E. Becker