UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN J. KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00258-JPH-MKK |
| | ) | |
| CITIBANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC INITIAL PRETRIAL CONFERENCE

On April 7, 2026, Plaintiff, pro se, and Defendant, by counsel, appeared for a telephonic initial pretrial conference with the Magistrate Judge. The parties discussed the case timeline.

This matter is set for a telephonic status conference on **July 16, 2026, at 10:00 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The parties shall attend the status conference by calling **571-353-2301** and entering **Meeting ID 686088371**.

**SO ORDERED.**

Date: 4/7/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

RYAN J. KING
3060 Montgomery Blvd.
Lapel, IN 46051