**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

RYAN J. KING,

        Plaintiff,

    v.

CITIBANK, N.A.,

        Defendant.

Case No. 1:26-CV-00258-TWP-MKK

**OPPOSED MOTION OF DEFENDANT CITIBANK, N.A.**
**TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendant Citibank, N.A. ("Citibank") respectfully moves pursuant to section 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, and the terms of the arbitration provision in the for an order compelling Plaintiff Ryan J. King ("Plaintiff") to arbitrate his claims against Citibank and staying this action until the arbitration has concluded. A valid arbitration agreement exists between Citibank and Plaintiff, and Plaintiff's claims against Citibank are expressly encompassed by the arbitration agreement. Accordingly, and for the reasons set forth in the accompanying brief, Citibank requests that the Court grant this Motion Compel Arbitration and Stay Proceedings.

Dated: May 6, 2026

Respectfully submitted,

*/s/ Dana E. Becker*
Dana E. Becker
MORGAN, LEWIS & BOCKIUS LLP
2222 Market St.
Philadelphia, PA 19103
Telephone:  +1.215.963.4628
Facsimile:  +1.215.963.5001
dana.becker@morganlewis.com

*Attorneys for Defendant Citibank, N.A.*