# EXHIBIT C

CANCELD/ATTY CONTRL ███████████4140 CMC          RL 1 =>
            SND LTR N # ...... DF N/A/B .     MODE: LG231000004 XFR Y
                        DIVIDEND     SBU:00890 CUR USD LANG 01 MULT N
KING,RYAN J                         0803 04/09/26            OTHR N



            ARBITRATION REJECTABLE IND   Y

        ARBITRATION LAST DATE TO REJECT   11/07/2015

                    ARBITRATION IND   Y

        ARBITRATION IND UPDATE DATE   11/07/2015



-The customer is not eligible to reject arbitration.

```
CANCELD/ATTY CONTRL ███████████ 4140 CMC            RL 1 =>
                    SND LTR N # ...... DF N/A/B .    MODE: LG231100004 XFR Y
                              DIVIDEND    SBU:00890 CUR USD LANG 01 MULT N
KING,RYAN J                             0803 04/09/26              OTHR N
```

```
            CM AGREEMENT IND     Y

            CM AGREEMENT DATE    11/07/2015
```