# EXHIBIT D

SITE:JX-CI TM:LG-8200 ACID:JALG352
10/09/25    12:15:14

# Citi® Dividend Card

**RYAN J KING**
Member Since 2003  Account number ending in: 5570
Billing Period: **11/13/15-12/11/15**

**Billing Inquiries and Customer Service**
BOX 6500 SIOUX FALLS, SD 57117
1-800-950-5114, (TTY: 711)
**www.citicards.com**

## DECEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$39.12** |
| **New balance as of 12/11/15:** | **$1,976.27** |
| **Payment due date:** | **01/09/16** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 year(s) | $3,321 |
| $67 | 3 year(s) | $2,397 (Savings=$924) |

For information about credit counseling services, call 1-877-337-8187.

## Account Summary

| | |
|---|---|
| Previous balance | $1,896.86 |
| Payments | -$155.00 |
| Credits | -$0.00 |
| Purchases | +$214.29 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$20.12 |
| **New balance** | **$1,976.27** |

## Credit Limit

| | |
|---|---|
| Credit limit | $4,400 |
| Includes $400 cash advance limit | |
| Available credit | $2,423 |
| Includes $400 available for cash advances | |

## Dividend Dollars

**Your Dividend Dollars:**

# 41.15

**» See page 3 for more information about your rewards**

**For Payments, send check to: CITI CARDS, PO BOX 6052, Carol Stream IL, 60197-6052**

| | |
|---|---|
| **Minimum payment due** | **$39.12** |
| **New balance** | **$1,976.27** |
| **Payment due date** | **01/09/16** |

**Amount enclosed:**

Account number ending in 5570
**Please make check payable to CITI CARDS.**

RYAN J KING
2642 N 500 W
ANDERSON  IN  46011-8786

CITI CARDS
PO BOX 6052
Carol Stream IL 60197-6052

**RYAN J KING**

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 11/17 | PAYMENT THANK YOU | -$55.00 |
|---|---|---|---|
| 83659332 | 70   0000 | 0000 | |
| | 12/03 | PAYMENT THANK YOU | -$100.00 |
| 83548488 | 70   0000 | 0000 | |

**Standard Purchases**

| 11/20 | 11/20 | G2A COM           KRAKOW        POL | $54.15 |
|---|---|---|---|
| JBHW8700 | 61 | A5734POL        2222 | |
| 11/25 | 11/25 | WIRELESS ADVOCATES   888-3695931  WA | $106.99 |
| GPL6YRQ4 | 61 | A4812USA        2222 | |
| 11/30 | 11/30 | OFFICE DEPOT #2094    8004633768   IN | $9.18 |
| 3SWX4PHQ | 61 | A5965USA        2222 | |
| 12/01 | 12/01 | CHERISHABLES        2016417900   NJ | $19.00 |
| Z11CD66S | 61 | A5947USA        2222 | |
| 12/02 | 12/02 | GROUPON INC         877-788-7858  IL | $4.99 |
| DQ04WH00 | 61 | A7299USA        2222 | |
| 12/02 | 12/02 | GROUPON INC         877-788-7858  IL | $9.99 |
| H9ZQPH00 | 61 | A7299USA        2222 | |
| 12/08 | 12/08 | CANVAS PEOPLE        516-5131236  NY | $9.99 |
| GFP*Q000 | 61 | A7395USA        2222 | |

## Fees charged

| **Total fees charged in this billing period** | **$0.00** |
|---|---|

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 12/11 | INTEREST CHARGED TO STANDARD PURCH | $20.12 |
| 00000000  84 | 0000 | |
| **Total interest charged in this billing period** | | **$20.12** |

| **2015 totals year-to-date** | |
|---|---|
| Total fees charged in 2015 | **$142.00** |
| Total interest charged in 2015 | **$315.40** |

### Interest charge calculation

Days in billing cycle: **29**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 12.99% (V) | $1,949.35 (D) | $20.12 |
| ADVANCES | | | |
| Standard Adv | 25.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

**Your Dividend Dollars:**

## 41.15

| Previous Balance | 39.01 |
|---|---|
| Dividend Dollars Earned: | |
| Base | + 2.14 |
| **Total Earned** | **2.14** |
| **Redeemed** | **0.00** |
| **Ending Balance** | **41.15** |

Bonus Cash Back may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

www.citicards.com                                                              **Customer Service 1-800-950-5114**                    Page 3 of 3
                                                                                              **(TTY: 711)**

**RYAN J KING**

## Account messages

For Citi customers who may be impacted by the recent tragic events
We recognize that customers traveling in France and Lebanon, or with family
members in the region, may face challenges due to the recent tragic events.
Should you need account or travel assistance, we want to assure you that Citi
is here to help.  Just call the number on the back of your card; we're available
24/7.