UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RYAN J. KING,                          )
                                       )
              Plaintiff,               )
                                       )
      v.                               )      No. 1:26-cv-00258-JPH-MKK
                                       )
CITIBANK, N.A.,                        )
                                       )
              Defendant.               )

## ORDER

On May 13, 2026, the parties submitted a Joint Notice of Settlement and

Request for Stay. (Dkt. 19). In the Notice, the parties state that they "have agreed

to a settlement of Plaintiff's claims" and "request the Court stay all deadlines." (*Id.*).

The Court grants this request. All upcoming conferences, hearings, and

deadlines, including Defendant's deadline to file its reply in support of its Motion to

Compel Arbitration, are **VACATED** in light of the parties' resolution of this matter.

All pending motions are **DENIED** as moot. The parties shall file a joint stipulation

of dismissal **within 45 days of this entry**.

So ORDERED.

Date: 05/14/2026

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

RYAN J. KING
3060 Montgomery Blvd.
Lapel, IN 46051