**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

<table>
<tr><td>

RYAN J. KING,

            Plaintiff,

v.

CITIBANK, N.A.

            Defendant.

</td><td>

Case No. 1:26-CV-00258-JPH-MKK

</td></tr>
</table>

> **FILED**
>
> **06/11/2026**
>
> **U.S. DISTRICT COURT**
> **SOUTHERN DISTRICT OF INDIANA**
> **Kristine L. Seufert, Clerk**

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
<u>CITIBANK, N.A. USA ONLY</u>**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Ryan J. King

("Plaintiff") and Defendant Citibank N.A. ("Citibank"), by their undersigned counsel, pursuant

to Fed. R. Civ. P. 41(a)(2), that this action is hereby dismissed in its entirety with prejudice and

without costs or fees to any party. This Stipulation may be executed in counterparts and a copy of

the signatures on this Stipulation serve the same purposes as an original signature.

DATED 11th day of June, 2026.
By: */s/ Ryan J. King*
    Ryan J. King

3060 Montgomery blvd
Lapel, Indiana 46051
ryan.king.j@gmail.com


*Pro Se Plaintiff*

By: */s/ Dana E. Becker*
    Dana E. Becker

**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market St.
Philadelphia, PA 19103
Telephone:    +1.215.963.4628
Facsimile:    +1.215.963.5001
dana.becker@morganlewis.com

Jane Yu
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone:    +1.214.466.4000
Facsimile:    +1. 214.466.4001
jane.yu2@morganlewis.com

*Attorneys for Defendant Citibank, N.A.*


SO ORDERED:

_____
Hon. James Patrick Hanlon
United States District Judge

-3-