**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CURTIS ELLIOTT, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-710-JPH-MG |
| | ) | |
| ABSOLUTE CAREGIVERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The court acknowledges the Stipulation of Dismissal with prejudice, Dkt. [7]. The Clerk is DIRECTED to close this case on the docket.
JPH 6/15/2026.
Distribution via ECF.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST ABSOLUTE CAREGIVERS, LLC**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Curtis Elliott stipulates to dismiss all of his claims against Defendant Absolute Caregivers, LLC ("Absolute Caregivers") in this matter with prejudice. Defendant Absolute Caregivers has not served an answer or a motion for summary judgment.

Respectfully submitted,

**HICKS SWANSON**

/s/ Robert A. Hicks
Robert A. Hicks, Attorney No. 25310-49
429 N. Pennsylvania Street, Suite 402
Indianapolis, IN 46204-1800
Phone: (317)741-4835
Email: rhicks@maceylaw.com

Attorney for Plaintiff Curtis Elliott

1