**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

RYAN J. KING,

          Plaintiff,

     v.

CITIBANK, N.A.

          Defendant.

Case No. 1:26-CV-00258-JPH-MKK

> The court acknowledges the Stipulation of Dismissal with prejudice, Dkt. [21]. The Clerk is DIRECTED to close this case on the docket.
> JPH 6/15/2026.
> Distribution via ECF and to Plaintiff via U.S. Mail.

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
CITIBANK, N.A. USA ONLY**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Ryan J. King

("Plaintiff") and Defendant Citibank N.A. ("Citibank"), by their undersigned counsel, pursuant

to Fed. R. Civ. P. 41(a)(2), that this action is hereby dismissed in its entirety with prejudice and

without costs or fees to any party. This Stipulation may be executed in counterparts and a copy of

the signatures on this Stipulation serve the same purposes as an original signature.